Certificate Number: 05781-TXS-DE-041320331

Bankruptcy Case Number: 26-35131

05781-TXS-DE-041320331

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2026, at 9:52 o'clock PM PDT, Andrea Lett completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: August 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President